# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOE TIPPY                      PLAINTIFF

v.                No: 3:20-cv-21 DPM

DALE COOK, Sheriff, Mississippi
County Sheriff Department;
COURTNEY, Nurse, Mississippi
County Detention Center; and
KELCIE, Nurse, Mississippi County
Detention Center                  DEFENDANTS

## JUDGMENT

Tippy's complement is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 March 2020